# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-40601

---

US Inventor Incorporated; Tinnus Enterprises, L.L.C.; 360 Heros, Incorporated; Ramzi Maalouf; Larry Golden; World Source Enterprises, L.L.C.; E-Watch, Incorporated,

*Plaintiffs—Appellants,*

*versus*

Drew Hirshfeld, *in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property Director, United States Patent and Trademark Office*,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Texas
No. 2:21-CV-47

---

Before Smith, Higginson, and Willett, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that the appellee's opposed motion to dismiss the appeal for want of jurisdiction is CARRIED WITH THE CASE.