# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 15, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40601   US Inventor v. Hirshfeld
                    USDC No. 2:21-CV-47

The court has granted an extension of time to and including January 26, 2022 for filing appellee's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Gary Daniel Feldon
Mr. Robert Greenspoon
Mr. David O'Toole
Mr. Andrew Layton Schlafly
Mr. Weili Justin Shaw
Mr. Michael Charles Smith
Mr. Daniel Bentele Hahs Tenny